IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-40464
Conference Calendar
_____


WILLIE JOE LANE, JR.,

                                        Plaintiff-Appellant,


versus

JEFFERSON COUNTY SHERIFF DEPARTMENT,
JEFF CHADNEY, RUDY SALERUANOS, PATRICK WEST,
HARRY F. WILLIAMS, MILTON ABSHIRE, JAMES COLLINS,

                                        Defendants-Appellees.


- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:94-CV-481
- - - - - - - - - -
August 15, 1997
Before KING, HIGGINBOTHAM, and DUHÉ, Circuit Judges.

PER CURIAM:[*]

     Willie Joe Lane, Jr., # 684696, appeals the dismissal of his

civil rights suit following a jury trial in which he alleged an

unconstitutional use of excessive force by the defendants.  Lane

argues that the jury's verdict is contrary to the weight of the

evidence.  Credibility determinations are the sole province of

the jury; because Lane has failed to show that the record does

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR. R.
47.5.4.

not support the verdict, the verdict must be accepted. See

Martin v. Thomas, 973 F.2d 449, 453 (5th Cir. 1992).

Lane's motion for appointment of appellate counsel is

DENIED. See Ulmer v. Chancellor, 691 F.2d 209, 212 (5th Cir.

1982).

This appeal is without arguable merit and is therefore

frivolous. Howard v. King, 707 F.2d 215, 219-20 (5th Cir. 1983).

Because the appeal is frivolous, it is DISMISSED. 5th Cir.

R. 42.2. We caution Lane that any additional frivolous appeals

filed by him will invite the imposition of sanctions. To avoid

sanctions, Lane is further cautioned to review any pending

appeals to ensure that they do not raise arguments that are

frivolous.

APPEAL DISMISSED. SANCTION WARNING ISSUED.